# United States District Court

## *Southern District of Georgia*

METAL SPECIALIST OF
AUGUSTA
_____

Plaintiff

Case No. _____1:25-cv-00246_____

v.

SELECTIVE INSURANCE
COMPANY OF AMERICA
_____

Defendant

Appearing on behalf of

Plaintiff
_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __11th__ day of __February__ , __2026__ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:    Anthony Pastor
_____

Business Address:    National Insurance Advocates
_____
Firm/Business Name

6619 S Dixie Hwy. #363, Miami
_____
Street Address

| | Miami | FL | 33143 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

833-701-4110
_____    _____
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:    service@nia.law